**In re: James RILEY, Petitioner.**

**No. 06–4004.**

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. Oct. 13, 2006.

Filed Nov. 15, 2006.

James W. Riley, Smyrna, DE, pro se.

Ophelia M. Waters, Department of Justice, Kevin J. Connors, Marshall, Dennehey, Warner, Coleman & Goggin, Wilmington, DE, for Respondents.

Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

### OPINION

PER CURIAM.

*Pro se* petitioner James Riley seeks a writ of mandamus to compel the United States District Court for the District of Delaware to rule immediately on his mo-

tion for preliminary injunction/temporary restraining order filed July 18, 2006.[1]

On October 27, 2006, the District Court entered an order denying Riley's motion for preliminary injunction/temporary restraining order. Because Riley has now received the relief he sought in filing his mandamus petition—a ruling on that motion—we will deny his mandamus petition as moot.

---

1. Petitioner seeks an order directing the District Court to grant his preliminary injunction/temporary restraining order. Because such relief is beyond the scope of the relief available under 28 U.S.C. § 1651(a), we construe the petition instead, as seeking an order that directs the District Court to rule immediately on the motion for preliminary injunction/temporary restraining order.